**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  SINGLETON, DEBBIE L. | § | Case No. 15-36686 |
| Debtor(s) | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 10/28/2015. The undersigned trustee was appointed on 10/28/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                     $            83,926.69

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an<br>   interim distribution | 6,486.53 |
| Administrative expenses | 28,777.78 |
| Bank service fees | 256.47 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 8,192.83 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]           $ | 40,213.08 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 03/17/2016 and the deadline for filing governmental claims was 04/25/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,823.29. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,823.29, for a total compensation of $6,823.29[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.44 for total expenses of $6.44[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _07/25/2016_____      By: _/s/ Richard M. Fogel_____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:        3

**Case No.:**    15-36686

**Case Name:**    SINGLETON, DEBBIE L.

**For Period Ending:**    07/25/2016

**Trustee Name:**    (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**    10/28/2015 (f)

**§ 341(a) Meeting Date:**    12/15/2015

**Claims Bar Date:**    03/17/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>342 Hoxie Avenue, Calumet City, IL 60409 (Debtor's primary residence). Encumbered and exempt. | 86,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>checking account with - US Bank. Exempt | 200.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHING<br>Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs. Exempt | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHING<br>Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs. Encumbered. | 500.00 | 0.00 | | 0.00 | FA |
| 5 | BOOKS AND ART OBJECTS<br>Books, CD's, DVD's, Tapes/Records, Family Pictures. Exempt | 100.00 | 0.00 | | 0.00 | FA |
| 6 | WEARING APPAREL<br>Necessary wearing apparel. Exempt. | 100.00 | 0.00 | | 0.00 | FA |
| 7 | FURS AND JEWELRY<br>Earrings, watch, costume jewelry.  Inconsequential value. | 200.00 | 200.00 | | 0.00 | FA |
| 8 | INTERESTS IN INSURANCE POLICIES<br>Whole Life Insurance with United of Omaha - Cash Surrender Value. Exempt. | 364.00 | 0.00 | | 0.00 | FA |
| 9 | INTERESTS IN INSURANCE POLICIES<br>Whole Life Insurance with TransAmerica - Cash Surrender Value. Inconsequential value. | 519.00 | 319.00 | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES<br>Whole Life Insurance - Cash Surrender Value. Exempt. | 1,061.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

Exhibit A

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Page:     4

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 15-36686 | | **Trustee Name:** | (330720) Richard M. Fogel | |
| **Case Name:** | SINGLETON, DEBBIE L. | | **Date Filed (f) or Converted (c):** | 10/28/2015 (f) | |
| | | | **§ 341(a) Meeting Date:** | 12/15/2015 | |
| **For Period Ending:** | 07/25/2016 | | **Claims Bar Date:** | 03/17/2016 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | AUTOMOBILES AND OTHER VEHICLES<br>1965 Buick Special with over 100,000 miles. Exempt. | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES<br>ALLY Financial - 2014 Chevrolet Camaro. Fully encumbered. | 21,775.00 | 0.00 | | 0.00 | FA |
| 13* | UNLIQUIDATED DEBTS OWING DEBTOR (u)<br>Settlements with Safe Auto and USAA Insurance Co. approved per o/c 2-18-16 (See Footnote) | Unknown | 39,735.69 | | 83,926.69 | FA |
| 13 | **Assets     Totals     (Excluding unknown values)** | **$115,319.00** | **$40,254.69** | | **$83,926.69** | **$0.00** |

RE PROP# 13     Schedules amended 11/24/15

**Major Activities Affecting Case Closing:**

Trustee settled debtor's personal injury claim for $93,000 per order dated February 18, 2016.  The Trustee was authorized to pay attorneys' fees & expenses, medical provider liens and the debtor's exemption claim.  After the authorized disbursements have cleared, the Trustee will submit his Final Report.

Initial Projected Date Of Final Report (TFR):     12/31/2016     Current Projected Date Of Final Report (TFR):     07/29/2016

Exhibit B

# Form 2

Page:    5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 07/25/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/02/2016 | {13} | UNITED SERVICES AUTOMOBILE ASSOCIATION | Settlement proceeds per o/c 2-18-16 | 1229-000 | 73,000.00 | | 73,000.00 |
| 03/03/2016 | {13} | KROLL RUBIN & TRACY IOLTA CLIENT TRT FUND | Settlement proceeds per o/c 2-18-16 | 1229-000 | 10,926.69 | | 83,926.69 |
| 03/03/2016 | 101 | ROBERT E. TRACY | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided on 03/04/2016 | 3210-600 | | 8,111.12 | 75,815.57 |
| 03/03/2016 | 102 | ROBERT A. KROLL | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided on 03/04/2016 | 3210-600 | | 10,333.33 | 65,482.24 |
| 03/03/2016 | 103 | GREGORY R. LAPAPA | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided on 03/04/2016 | 3210-600 | | 10,333.33 | 55,148.91 |
| 03/03/2016 | 104 | DR. ROBERT FINK | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 1,049.00 | 54,099.91 |
| 03/03/2016 | 105 | DR. JOHN MAZZARELLA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 979.46 | 53,120.45 |

Exhibit B

# Form 2

Page:      6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 07/25/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/03/2016 | 106 | DR. DANIEL CAMMARANO | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 504.50 | 52,615.95 |
| 03/03/2016 | 107 | INFINITE STRATEGIC SOLUTIONS | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 901.23 | 51,714.72 |
| 03/03/2016 | 108 | ROGERS PARK ONE DAY SURGERY CENTER | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 1,211.60 | 50,503.12 |
| 03/03/2016 | 109 | WINDY CITY MEDICAL | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 880.00 | 49,623.12 |
| 03/03/2016 | 110 | LAKESHORE OPEN MRI & CT | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 133.01 | 49,490.11 |
| 03/03/2016 | 111 | PAULINA ANESTHESIA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 316.34 | 49,173.77 |

*{} Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**                    *! - transaction has not been cleared*

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:        7

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 07/25/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/03/2016 | 112 | ANALGESIC HEALTHCARE | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 111.39 | 49,062.38 |
| 03/03/2016 | 113 | HUMANA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 400.00 | 48,662.38 |
| 03/03/2016 | 114 | DEBBIE L. SINGLETON | BALANCE OF PERSONAL INJURY EXEMPTION CLAIM PER O/C 2-18-16 Voided on 03/04/2016 | 8100-002 | | 8,192.83 | 40,469.55 |
| 03/04/2016 | 101 | ROBERT E. TRACY | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 3210-600 | | -8,111.12 | 48,580.67 |
| 03/04/2016 | 102 | ROBERT A. KROLL | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 3210-600 | | -10,333.33 | 58,914.00 |
| 03/04/2016 | 103 | GREGORY R. LAPAPA | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 3210-600 | | -10,333.33 | 69,247.33 |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:        8

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 07/25/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/2016 | 104 | DR. ROBERT FINK | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -1,049.00 | 70,296.33 |
| 03/04/2016 | 105 | DR. JOHN MAZZARELLA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -979.46 | 71,275.79 |
| 03/04/2016 | 106 | DR. DANIEL CAMMARANO | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -504.50 | 71,780.29 |
| 03/04/2016 | 107 | INFINITE STRATEGIC SOLUTIONS | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -901.23 | 72,681.52 |
| 03/04/2016 | 108 | ROGERS PARK ONE DAY SURGERY CENTER | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -1,211.60 | 73,893.12 |
| 03/04/2016 | 109 | WINDY CITY MEDICAL | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -880.00 | 74,773.12 |

*{} Asset Reference(s)*        **UST Form 101-7-TFR (5/1/2011)**        *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:        9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-36686 |
| **Case Name:** | SINGLETON, DEBBIE L. |
| **Taxpayer ID #:** | **-***5717 |
| **For Period Ending:** | 07/25/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/2016 | 110 | LAKESHORE OPEN MRI & CT | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -133.01 | 74,906.13 |
| 03/04/2016 | 111 | PAULINA ANESTHESIA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -316.34 | 75,222.47 |
| 03/04/2016 | 112 | ANALGESIC HEALTHCARE | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -111.39 | 75,333.86 |
| 03/04/2016 | 113 | HUMANA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -400.00 | 75,733.86 |
| 03/04/2016 | 114 | DEBBIE L. SINGLETON | BALANCE OF PERSONAL INJURY EXEMPTION CLAIM PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 8100-002 | | -8,192.83 | 83,926.69 |
| 03/04/2016 | 115 | ROBERT E. TRACY | SPECIAL COUNSEL FEES PER O/C 2-18-16 | 3210-600 | | 8,111.12 | 75,815.57 |
| 03/04/2016 | 116 | ROBERT A. KROLL | SPECIAL COUNSEL FEES PER O/C 2-18-16 | 3210-600 | | 10,333.33 | 65,482.24 |

*{} Asset Reference(s)*        **UST Form 101-7-TFR (5/1/2011)**        *! - transaction has not been cleared*

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:      10

| | |
|---|---|
| **Case No.:** | 15-36686 |
| **Case Name:** | SINGLETON, DEBBIE L. |
| **Taxpayer ID #:** | **-***5717 |
| **For Period Ending:** | 07/25/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/2016 | 117 | GREGORY R. LAPAPA | SPECIAL COUNSEL FEES PER O/C 2-18-16 | 3210-600 | | 10,333.33 | 55,148.91 |
| 03/04/2016 | 118 | DR. ROBERT FINK | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 1,049.00 | 54,099.91 |
| 03/04/2016 | 119 | DR. JOHN MAZZARELLA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 979.46 | 53,120.45 |
| 03/04/2016 | 120 | DR. DANIEL CAMMARANO | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 504.50 | 52,615.95 |
| 03/04/2016 | 121 | INFINITE STRATEGIC SOLUTIONS | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Stopped on 06/06/2016 | 4220-000 | | 901.23 | 51,714.72 |
| 03/04/2016 | 122 | ROGERS PARK ONE DAY SURGERY CENTER | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 1,211.60 | 50,503.12 |
| 03/04/2016 | 123 | WINDY CITY MEDICAL | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 880.00 | 49,623.12 |
| 03/04/2016 | 124 | LAKESHORE OPEN MRI & CT | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 133.01 | 49,490.11 |

*{} Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**                                                  *! - transaction has not been cleared*

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page:   11

| | |
|---|---|
| **Case No.:** | 15-36686 |
| **Case Name:** | SINGLETON, DEBBIE L. |
| **Taxpayer ID #:** | **-***5717 |
| **For Period Ending:** | 07/25/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/2016 | 125 | PAULINA ANESTHESIA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 316.34 | 49,173.77 |
| 03/04/2016 | 126 | ANALGESIC HEALTHCARE | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 111.39 | 49,062.38 |
| 03/04/2016 | 127 | HUMANA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 400.00 | 48,662.38 |
| 03/04/2016 | 128 | DEBBIE L. SINGLETON | BALANCE OF PERSONAL INJURY EXEMPTION CLAIM PER O/C 2-18-16 | 8100-002 | | 8,192.83 | 40,469.55 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.40 | 40,394.15 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.61 | 40,335.54 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.83 | 40,277.71 |
| 06/06/2016 | 121 | INFINITE STRATEGIC SOLUTIONS | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Stopped: check issued on 03/04/2016 | 4220-000 | | -901.23 | 41,178.94 |
| 06/08/2016 | 129 | Clerk of the U.S. Bankruptcy Court | Unclaimed dividend for Infinite Strategic Solutions per o/c 2-18-16 | 4210-001 | | 901.23 | 40,277.71 |

*{} Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page:    12

| | |
|---|---|
| **Case No.:** | 15-36686 |
| **Case Name:** | SINGLETON, DEBBIE L. |
| **Taxpayer ID #:** | **-***5717 |
| **For Period Ending:** | 07/25/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.63 | 40,213.08 |
| | | | **COLUMN TOTALS** | | 83,926.69 | 43,713.61 | **$40,213.08** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 83,926.69 | 43,713.61 | |
| | | | Less: Payments to Debtors | | | 8,192.83 | |
| | | | **NET Receipts / Disbursements** | | **$83,926.69** | **$35,520.78** | |

**Exhibit B**

# Form 2

Page:   13

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-36686 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | SINGLETON, DEBBIE L. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5717 | **Account #:** | ******9900 Checking |
| **For Period Ending:** | 07/25/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9900 Checking | $83,926.69 | $35,520.78 | $40,213.08 |
| | **$83,926.69** | **$35,520.78** | **$40,213.08** |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

Case: 15-36686                                    DEBBIE L SINGLETON

Claims Bar Date: 03/17/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1S | Dr. Robert Fink<br>Gold Coast Orthopedic<br>33 W. Delaware Place, 1st Floor<br>Chicago, IL 60610<br><4220-000 Personal Property & Intangibles -<br>Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $1,049.00<br>$1,049.00 | $1,049.00 | $0.00 |
| 2S | Dr. John Mazzarella<br>1300 Iroquois Av.<br>Naperville, IL 60563<br><4220-000 Personal Property & Intangibles -<br>Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $979.46<br>$979.46 | $979.46 | $0.00 |
| 3 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438<br><4210-000 Personal Property & Intangibles -<br>Consensual Liens><br>, 100 | Secured<br>03/14/16 | | $1,889.54<br>$1,889.54 | $0.00 | $1,889.54 |
| 3S | Dr. John Cammarano<br>South Holland Injury Care<br>15525 S. Park Av., Suite 107<br>South Holland, IL 60473<br><4220-000 Personal Property & Intangibles -<br>Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $504.50<br>$504.50 | $504.50 | $0.00 |
| 4S | Infinite Strategic Solutions<br>P.O. Box 847279<br>Dallas, TX 75284<br><4220-000 Personal Property & Intangibles -<br>Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $901.23<br>$901.23 | $0.00 | $901.23 |
| 5S | Rogers Park One Day Surgery Ctr<br>c/o AHS<br>PO Box 57085<br>Chicago, IL 60657<br><4220-000 Personal Property & Intangibles -<br>Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $1,211.60<br>$1,211.60 | $1,211.60 | $0.00 |
| 6S | Windy City Medical<br>c/o Advanced Billing Collection Specialists<br>8501 W. Higgins, Suite 340<br>Chicago, IL 60630<br><4220-000 Personal Property & Intangibles -<br>Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $880.00<br>$880.00 | $880.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

**Exhibit C**

Case: 15-36686                                    DEBBIE L SINGLETON

Claims Bar Date: 03/17/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7S | Lakeshore Open MRI & CT<br>7200 N. Western Av.<br>Chicago, IL 60645<br><4220-000 Personal Property & Intangibles - Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $133.01<br>$133.01 | $133.01 | $0.00 |
| 8S | Paulina Anesthesia<br>c/o AHS<br>PO Box 57085<br>Chicago, IL 60657<br><4220-000 Personal Property & Intangibles - Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $316.34<br>$316.34 | $316.34 | $0.00 |
| 9S | Analgesic Healthcare<br>7923 N. Dale Mabry, Suite 202<br>Tampa, FL 33614<br><4220-000 Personal Property & Intangibles - Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $111.39<br>$111.39 | $111.39 | $0.00 |
| 10S | Humana<br>111 Ryan Court, Suite 300<br>Pittsburgh, PA 15205<br><4220-000 Personal Property & Intangibles - Non-consensual Liens><br>, 100 | Secured<br>01/25/16 | | $400.00<br>$400.00 | $400.00 | $0.00 |
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>03/04/16 | | $6,823.29<br>$6,823.29 | $0.00 | $6,823.29 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>03/04/16 | | $6.44<br>$6.44 | $0.00 | $6.44 |
| | Gregory R. LaPapa<br>10918 S. Western Av., Suite 4<br>Chicago, IL 60643<br><3210-600 Special Counsel for Trustee Fees><br>, 200 | Administrative<br>01/25/16 | | $10,333.33<br>$10,333.33 | $10,333.33 | $0.00 |

## Exhibit C

## Exhibit C

Case: 15-36686                                          DEBBIE L SINGLETON

Claims Bar Date: 03/17/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Robert A. Kroll<br>Kroll, Rubin & Tracy<br>415 N. LaSalle St., Suite 502<br>Chicago, IL 60654-2740<br><3210-600 Special Counsel for Trustee Fees><br>, 200 | Administrative<br>01/25/16 | | $10,333.33<br>$10,333.33 | $10,333.33 | $0.00 |
| | Robert E. Tracy,<br><3210-600 Special Counsel for Trustee Fees><br>, 200 | Administrative<br>01/25/16 | | $8,111.12<br>$8,111.12 | $8,111.12 | $0.00 |
| SURPL US | SINGLETON, DEBBIE L.<br>342 HOXIE AVE.<br>CALUMET CITY, IL 60409<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Unsecured<br>07/25/16 | | $0.00<br>$4,268.13 | $0.00 | $4,268.13 |
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/11/16 | | $3,253.64<br>$3,253.64 | $0.00 | $3,253.64 |
| 1I | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>07/25/16 | | N/A<br>$5.56 | $0.00 | $5.56 |
| 2 | USAA Savings Bank C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/11/16 | | $21,991.84<br>$21,991.84 | $0.00 | $21,991.84 |
| 2I | USAA Savings Bank C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>07/25/16 | | N/A<br>$37.55 | $0.00 | $37.55 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

**Exhibit C**

**Case: 15-36686**                    **DEBBIE L SINGLETON**

Claims Bar Date: 03/17/16

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3I | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>07/25/16 | | N/A<br>$3.23 | $0.00 | $3.23 |
| 4 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (Value City)<br>POB 41067<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/17/16 | | $1,363.14<br>$1,363.14 | $0.00 | $1,363.14 |
| 4I | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (Value City)<br>POB 41067<br>Norfolk, VA 23541<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>07/25/16 | | N/A<br>$2.33 | $0.00 | $2.33 |
| 5 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (JC Penney)<br>POB 41067<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/17/16 | | $419.86<br>$419.86 | $0.00 | $419.86 |
| 5I | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (JC Penney)<br>POB 41067<br>Norfolk, VA 23541<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>07/25/16 | | N/A<br>$0.72 | $0.00 | $0.72 |
| 6 | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (Sams Club)<br>POB 41067<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/17/16 | | $147.56<br>$147.56 | $0.00 | $147.56 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

**Exhibit C**

**Case: 15-36686**                          **DEBBIE L SINGLETON**

Claims Bar Date: 03/17/16

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
| 6I | Portfolio Recovery Associates, LLC<br>Successor to Synchrony Bank (Sams Club)<br>POB 41067<br>Norfolk, VA 23541<br><7990-000 Surplus Case Interest on<br>Unsecured Claims (including priority)><br>, 640 | Unsecured<br><br>07/25/16 | | N/A<br><br>$0.25 | $0.00 | $0.25 |

|  |  | **Case Total:** | **$34,363.08** | **$41,114.30** |
|---|---|---|---|---|

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-36686
Case Name: DEBBIE L SINGLETON
Trustee Name: Richard M. Fogel

**Balance on hand:**          $                    40,213.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Dr. Robert Fink | 1,049.00 | 1,049.00 | 1,049.00 | 0.00 |
| 2S | Dr. John Mazzarella | 979.46 | 979.46 | 979.46 | 0.00 |
| 3S | Dr. John Cammarano | 504.50 | 504.50 | 504.50 | 0.00 |
| 4S | Infinite Strategic Solutions | 901.23 | 901.23 | 0.00 | 0.00 |
| 5S | Rogers Park One Day Surgery Ctr | 1,211.60 | 1,211.60 | 1,211.60 | 0.00 |
| 6S | Windy City Medical | 880.00 | 880.00 | 880.00 | 0.00 |
| 7S | Lakeshore Open MRI & CT | 133.01 | 133.01 | 133.01 | 0.00 |
| 8S | Paulina Anesthesia | 316.34 | 316.34 | 316.34 | 0.00 |
| 9S | Analgesic Healthcare | 111.39 | 111.39 | 111.39 | 0.00 |
| 10S | Humana | 400.00 | 400.00 | 400.00 | 0.00 |
| 3 | Wells Fargo Bank NA | 1,889.54 | 1,889.54 | 0.00 | 1,889.54 |

Total to be paid to secured creditors:     $          1,889.54
Remaining balance:     $          38,323.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 6,823.29 | 0.00 | 6,823.29 |
| Trustee, Expenses - Richard M. Fogel | 6.44 | 0.00 | 6.44 |
| Special Counsel for Trustee Fees - Robert E. Tracy | 8,111.12 | 8,111.12 | 0.00 |
| Special Counsel for Trustee Fees - Robert A. Kroll | 10,333.33 | 10,333.33 | 0.00 |
| Special Counsel for Trustee Fees - Gregory R. LaPapa | 10,333.33 | 10,333.33 | 0.00 |

Total to be paid for chapter 7 administrative expenses:     $          6,829.73
Remaining balance:     $          31,493.81

UST Form 101-7-TFR(5/1/2011)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 31,493.81 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 31,493.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,176.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 3,253.64 | 0.00 | 3,253.64 |
| 2 | USAA Savings Bank C O WEINSTEIN & RILEY, PS | 21,991.84 | 0.00 | 21,991.84 |
| 4 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Value City) | 1,363.14 | 0.00 | 1,363.14 |
| 5 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (JC Penney) | 419.86 | 0.00 | 419.86 |
| 6 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) | 147.56 | 0.00 | 147.56 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 27,176.04 |
| Remaining balance: | $ | 4,317.77 |

UST Form 101-7-TFR(5/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 4,317.77 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 4,317.77 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.23% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $49.64. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $4,268.13.

**UST Form 101-7-TFR(5/1/2011)**