# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-36686 |
| | ) | |
| Singleton, Debbie L. | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on July 25, 2016, I caused a true and correct copy of the foregoing Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{4273 CER A0445521.DOC}

## SERVICE LIST

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

John K. Classing
ndil@geracilaw.com

Debbie L. Singleton
342 Hoxie Ave.
Calumet City, IL  60409

PYOD, LLC
PO Box 19008
Greenville, SC  29602

USAA Savings Bank
c/o Weinstein & Riley, PS
2001 Western Av., Ste. 400
Seattle, WA  98121

Wells Fargo Bank NA
PO Box 10438
Des Moines, IA  50306-0438

Portfolio Recovery Associates
POB 41067
Norfolk, VA  23541