**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SINGLETON, DEBBIE L.      §    Case No. 15-36686
                                       §
                                       §
                                       §
      Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**


      Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $115,319.00 | Assets Exempt: $37,125.00 |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $35,601.75 | Claims Discharged Without Payment: $65.00 |
| Total Expenses of Administration: $35,863.98 | |

      3) Total gross receipts of $83,926.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $12,460.96 (see **Exhibit 2**), yielded net receipts of $71,465.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $107,605.00 | $9,277.30 | $9,277.30 | $8,376.07 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $35,863.98 | $35,863.98 | $35,863.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $26,753.00 | $27,176.04 | $27,225.68 | $27,225.68 |
| **TOTAL DISBURSEMENTS** | $134,358.00 | $72,317.32 | $72,366.96 | $71,465.73 |

4) This case was originally filed under chapter 7 on 10/28/2015.  The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      10/13/2016                    By: /s/ Richard M. Fogel
                                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UNLIQUIDATED DEBTS OWING DEBTOR | 1229-000 | $83,926.69 |
| **TOTAL GROSS RECEIPTS** | | **$83,926.69** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DEBBIE L. SINGLETON | BALANCE OF PERSONAL INJURY EXEMPTION CLAIM PER O/C 2-18-16; $8,192.83 | 8100-002 | $8,192.83 |
| SINGLETON, DEBBIE L. | 15-36686DEBBIE L SINGLETONSURPLUS$4,268.13100.00%; $4,268.13 | 8200-002 | $4,268.13 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$12,460.96** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Clerk of the U.S. Bankruptcy Court | 4210-001 | NA | $901.23 | $901.23 | $901.23 |
| 1S | Dr. Robert Fink | 4220-000 | NA | $1,049.00 | $1,049.00 | $1,049.00 |
| 2S | Dr. John Mazzarella | 4220-000 | NA | $979.46 | $979.46 | $979.46 |
| 3 | Wells Fargo Bank NA | 4210-000 | $1,962.00 | $1,889.54 | $1,889.54 | $1,889.54 |
| 3S | Dr. John Cammarano | 4220-000 | NA | $504.50 | $504.50 | $504.50 |
| 4S | Infinite Strategic Solutions | 4220-000 | NA | $901.23 | $901.23 | $0.00 |
| 5S | Rogers Park One Day Surgery Ctr | 4220-000 | NA | $1,211.60 | $1,211.60 | $1,211.60 |
| 6S | Windy City Medical | 4220-000 | NA | $880.00 | $880.00 | $880.00 |
| 7S | Lakeshore Open MRI & CT | 4220-000 | NA | $133.01 | $133.01 | $133.01 |
| 8S | Paulina Anesthesia | 4220-000 | NA | $316.34 | $316.34 | $316.34 |
| 9S | Analgesic Healthcare | 4220-000 | NA | $111.39 | $111.39 | $111.39 |
| 10S | Humana | 4220-000 | NA | $400.00 | $400.00 | $400.00 |
| N/F | 1 ALLY Financial | 4110-000 | $22,939.00 | NA | NA | NA |
| N/F | 2 Citizens ONE | 4110-000 | $82,704.00 | NA | NA | NA |
|  | **TOTAL SECURED** |  | **$107,605.00** | **$9,277.30** | **$9,277.30** | **$8,376.07** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $6,823.29 | $6,823.29 | $6,823.29 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $6.44 | $6.44 | $6.44 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $256.47 | $256.47 | $256.47 |
| Special Counsel for Trustee Fees - Gregory R. LaPapa | 3210-600 | NA | $10,333.33 | $10,333.33 | $10,333.33 |
| Special Counsel for Trustee Fees - Robert A. Kroll | 3210-600 | NA | $10,333.33 | $10,333.33 | $10,333.33 |
| Special Counsel for Trustee Fees - Robert E. Tracy | 3210-600 | NA | $8,111.12 | $8,111.12 | $8,111.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$35,863.98** | **$35,863.98** | **$35,863.98** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7100-000 | $3,175.00 | $3,253.64 | $3,253.64 | $3,253.64 |
| 1I | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | 7990-000 | NA | NA | $5.56 | $5.56 |
| 2 | USAA Savings Bank C O WEINSTEIN & RILEY, PS | 7100-000 | $21,584.00 | $21,991.84 | $21,991.84 | $21,991.84 |
| 2I | USAA Savings Bank C O WEINSTEIN & RILEY, PS | 7990-000 | NA | NA | $37.55 | $37.55 |
| 3I | Wells Fargo Bank NA | 7990-000 | NA | NA | $3.23 | $3.23 |
| 4 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Value City) | 7100-000 | $1,363.00 | $1,363.14 | $1,363.14 | $1,363.14 |
| 4I | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Value City) | 7990-000 | NA | NA | $2.33 | $2.33 |
| 5 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (JC Penney) | 7100-000 | $419.00 | $419.86 | $419.86 | $419.86 |
| 5I | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (JC Penney) | 7990-000 | NA | NA | $0.72 | $0.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) | 7100-000 | $147.00 | $147.56 | $147.56 | $147.56 |
| 6I | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) | 7990-000 | NA | NA | $0.25 | $0.25 |
| N/F | 1 CAP1/Bstby | 7100-000 | $0.00 | NA | NA | NA |
| N/F | 3 Harris & Harris LTD | 7100-000 | $65.00 | NA | NA | NA |
| N/F | 4 Illinois State Toll Hwy Auth | 7100-000 | $0.00 | NA | NA | NA |
| N/F | 5 LANE BRYANT RETAIL/SOA | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$26,753.00** | **$27,176.04** | **$27,225.68** | **$27,225.68** |

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  15-36686

**Case Name:**  SINGLETON, DEBBIE L.

**For Period Ending:**  10/13/2016

**Trustee Name:**  (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**  10/28/2015 (f)

**§ 341(a) Meeting Date:**  12/15/2015

**Claims Bar Date:**  03/17/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  REAL PROPERTY<br>342 Hoxie Avenue, Calumet City, IL 60409 (Debtor's primary residence). Encumbered and exempt. | 86,000.00 | 0.00 | | 0.00 | FA |
| 2  BANK ACCOUNTS<br>checking account with - US Bank. Exempt | 200.00 | 0.00 | | 0.00 | FA |
| 3  HOUSEHOLD GOODS AND FURNISHING<br>Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs. Exempt | 1,500.00 | 0.00 | | 0.00 | FA |
| 4  HOUSEHOLD GOODS AND FURNISHING<br>Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs. Encumbered. | 500.00 | 0.00 | | 0.00 | FA |
| 5  BOOKS AND ART OBJECTS<br>Books, CD's, DVD's, Tapes/Records, Family Pictures. Exempt | 100.00 | 0.00 | | 0.00 | FA |
| 6  WEARING APPAREL<br>Necessary wearing apparel. Exempt. | 100.00 | 0.00 | | 0.00 | FA |
| 7  FURS AND JEWELRY<br>Earrings, watch, costume jewelry.  Inconsequential value. | 200.00 | 200.00 | | 0.00 | FA |
| 8  INTERESTS IN INSURANCE POLICIES<br>Whole Life Insurance with United of Omaha - Cash Surrender Value. Exempt. | 364.00 | 0.00 | | 0.00 | FA |
| 9  INTERESTS IN INSURANCE POLICIES<br>Whole Life Insurance with TransAmerica - Cash Surrender Value. Inconsequential value. | 519.00 | 319.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**   15-36686

**Case Name:**   SINGLETON, DEBBIE L.

**For Period Ending:**   10/13/2016

**Trustee Name:**   (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**   10/28/2015 (f)

**§ 341(a) Meeting Date:**   12/15/2015

**Claims Bar Date:**   03/17/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | INTERESTS IN INSURANCE POLICIES<br>Whole Life Insurance - Cash Surrender Value. Exempt. | 1,061.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES<br>1965 Buick Special with over 100,000 miles. Exempt. | 3,000.00 | 0.00 | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES<br>ALLY Financial - 2014 Chevrolet Camaro. Fully encumbered. | 21,775.00 | 0.00 | | 0.00 | FA |
| 13* | UNLIQUIDATED DEBTS OWING DEBTOR (u)<br>Settlements with Safe Auto and USAA Insurance Co. approved per o/c 2-18-16<br>(See Footnote) | Unknown | 39,735.69 | | 83,926.69 | FA |
| **13** | **Assets        Totals        (Excluding unknown values)** | **$115,319.00** | **$40,254.69** | | **$83,926.69** | **$0.00** |

RE PROP# 13      Schedules amended 11/24/15

**Major Activities Affecting Case Closing:**

Trustee settled debtor's personal injury claim for $93,000 per order dated February 18, 2016.  The Trustee was authorized to pay attorneys' fees & expenses, medical provider liens and the debtor's exemption claim.  After the authorized disbursements have cleared, the Trustee will submit his Final Report.

**Initial Projected Date Of Final Report (TFR):**        12/31/2016

**Current Projected Date Of Final Report (TFR):**        07/25/2016 (Actual)

Exhibit 9
Page:  1

## Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 15-36686 | | | **Trustee Name:** | Richard M. Fogel (330720) | |
| **Case Name:** | SINGLETON, DEBBIE L. | | | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***5717 | | | **Account #:** | ******9900 Checking | |
| **For Period Ending:** | 10/13/2016 | | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/02/2016 | {13} | UNITED SERVICES AUTOMOBILE ASSOCIATION | Settlement proceeds per o/c 2-18-16 | 1229-000 | 73,000.00 | | 73,000.00 |
| 03/03/2016 | {13} | KROLL RUBIN & TRACY IOLTA CLIENT TRT FUND | Settlement proceeds per o/c 2-18-16 | 1229-000 | 10,926.69 | | 83,926.69 |
| 03/03/2016 | 101 | ROBERT E. TRACY | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided on 03/04/2016 | 3210-600 | | 8,111.12 | 75,815.57 |
| 03/03/2016 | 102 | ROBERT A. KROLL | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided on 03/04/2016 | 3210-600 | | 10,333.33 | 65,482.24 |
| 03/03/2016 | 103 | GREGORY R. LAPAPA | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided on 03/04/2016 | 3210-600 | | 10,333.33 | 55,148.91 |
| 03/03/2016 | 104 | DR. ROBERT FINK | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 1,049.00 | 54,099.91 |
| 03/03/2016 | 105 | DR. JOHN MAZZARELLA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 979.46 | 53,120.45 |

Exhibit 9
Page: 2

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 10/13/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/03/2016 | 106 | DR. DANIEL CAMMARANO | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 504.50 | 52,615.95 |
| 03/03/2016 | 107 | INFINITE STRATEGIC SOLUTIONS | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 901.23 | 51,714.72 |
| 03/03/2016 | 108 | ROGERS PARK ONE DAY SURGERY CENTER | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 1,211.60 | 50,503.12 |
| 03/03/2016 | 109 | WINDY CITY MEDICAL | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 880.00 | 49,623.12 |
| 03/03/2016 | 110 | LAKESHORE OPEN MRI & CT | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 133.01 | 49,490.11 |
| 03/03/2016 | 111 | PAULINA ANESTHESIA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 316.34 | 49,173.77 |

{} Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)                                                    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:  3

| | |
|---|---|
| **Case No.:** | 15-36686 |
| **Case Name:** | SINGLETON, DEBBIE L. |
| **Taxpayer ID #:** | **-***5717 |
| **For Period Ending:** | 10/13/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/03/2016 | 112 | ANALGESIC HEALTHCARE | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 111.39 | 49,062.38 |
| 03/03/2016 | 113 | HUMANA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided on 03/04/2016 | 4220-000 | | 400.00 | 48,662.38 |
| 03/03/2016 | 114 | DEBBIE L. SINGLETON | BALANCE OF PERSONAL INJURY EXEMPTION CLAIM PER O/C 2-18-16 Voided on 03/04/2016 | 8100-002 | | 8,192.83 | 40,469.55 |
| 03/04/2016 | 101 | ROBERT E. TRACY | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 3210-600 | | -8,111.12 | 48,580.67 |
| 03/04/2016 | 102 | ROBERT A. KROLL | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 3210-600 | | -10,333.33 | 58,914.00 |
| 03/04/2016 | 103 | GREGORY R. LAPAPA | SPECIAL COUNSEL FEES PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 3210-600 | | -10,333.33 | 69,247.33 |

Exhibit 9
Page:  4

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:**            15-36686

**Case Name:**           SINGLETON, DEBBIE L.

**Taxpayer ID #:**       **-***5717

**For Period Ending:**   10/13/2016

**Trustee Name:**              Richard M. Fogel (330720)

**Bank Name:**                 Rabobank, N.A.

**Account #:**                 ******9900 Checking

**Blanket Bond (per case limit):** $5,000,000.00

**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/2016 | 104 | DR. ROBERT FINK | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -1,049.00 | 70,296.33 |
| 03/04/2016 | 105 | DR. JOHN MAZZARELLA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -979.46 | 71,275.79 |
| 03/04/2016 | 106 | DR. DANIEL CAMMARANO | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -504.50 | 71,780.29 |
| 03/04/2016 | 107 | INFINITE STRATEGIC SOLUTIONS | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -901.23 | 72,681.52 |
| 03/04/2016 | 108 | ROGERS PARK ONE DAY SURGERY CENTER | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -1,211.60 | 73,893.12 |
| 03/04/2016 | 109 | WINDY CITY MEDICAL | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -880.00 | 74,773.12 |

{} Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**                              ! - transaction has not been cleared

Exhibit 9
Page:  5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 10/13/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/2016 | 110 | LAKESHORE OPEN MRI & CT | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -133.01 | 74,906.13 |
| 03/04/2016 | 111 | PAULINA ANESTHESIA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -316.34 | 75,222.47 |
| 03/04/2016 | 112 | ANALGESIC HEALTHCARE | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -111.39 | 75,333.86 |
| 03/04/2016 | 113 | HUMANA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 4220-000 | | -400.00 | 75,733.86 |
| 03/04/2016 | 114 | DEBBIE L. SINGLETON | BALANCE OF PERSONAL INJURY EXEMPTION CLAIM PER O/C 2-18-16 Voided: check issued on 03/03/2016 | 8100-002 | | -8,192.83 | 83,926.69 |
| 03/04/2016 | 115 | ROBERT E. TRACY | SPECIAL COUNSEL FEES PER O/C 2-18-16 | 3210-600 | | 8,111.12 | 75,815.57 |
| 03/04/2016 | 116 | ROBERT A. KROLL | SPECIAL COUNSEL FEES PER O/C 2-18-16 | 3210-600 | | 10,333.33 | 65,482.24 |

Exhibit 9
Page:  6

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 15-36686 |
| **Case Name:** | SINGLETON, DEBBIE L. |
| **Taxpayer ID #:** | **-***5717 |
| **For Period Ending:** | 10/13/2016 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/2016 | 117 | GREGORY R. LAPAPA | SPECIAL COUNSEL FEES PER O/C 2-18-16 | 3210-600 | | 10,333.33 | 55,148.91 |
| 03/04/2016 | 118 | DR. ROBERT FINK | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 1,049.00 | 54,099.91 |
| 03/04/2016 | 119 | DR. JOHN MAZZARELLA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 979.46 | 53,120.45 |
| 03/04/2016 | 120 | DR. DANIEL CAMMARANO | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 504.50 | 52,615.95 |
| 03/04/2016 | 121 | INFINITE STRATEGIC SOLUTIONS | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Stopped on 06/06/2016 | 4220-000 | | 901.23 | 51,714.72 |
| 03/04/2016 | 122 | ROGERS PARK ONE DAY SURGERY CENTER | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 1,211.60 | 50,503.12 |
| 03/04/2016 | 123 | WINDY CITY MEDICAL | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 880.00 | 49,623.12 |
| 03/04/2016 | 124 | LAKESHORE OPEN MRI & CT | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 133.01 | 49,490.11 |

Exhibit 9
Page:  7

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 10/13/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/2016 | 125 | PAULINA ANESTHESIA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 316.34 | 49,173.77 |
| 03/04/2016 | 126 | ANALGESIC HEALTHCARE | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 111.39 | 49,062.38 |
| 03/04/2016 | 127 | HUMANA | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 | 4220-000 | | 400.00 | 48,662.38 |
| 03/04/2016 | 128 | DEBBIE L. SINGLETON | BALANCE OF PERSONAL INJURY EXEMPTION CLAIM PER O/C 2-18-16 | 8100-002 | | 8,192.83 | 40,469.55 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.40 | 40,394.15 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.61 | 40,335.54 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 57.83 | 40,277.71 |
| 06/06/2016 | 121 | INFINITE STRATEGIC SOLUTIONS | IN FULL SETTLEMENT AND PAYMENT OF LIEN PER O/C 2-18-16 Stopped: check issued on 03/04/2016 | 4220-000 | | -901.23 | 41,178.94 |
| 06/08/2016 | 129 | Clerk of the U.S. Bankruptcy Court | Unclaimed dividend for Infinite Strategic Solutions per o/c 2-18-16 | 4210-001 | | 901.23 | 40,277.71 |

Exhibit 9
Page:  8

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 10/13/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.63 | 40,213.08 |
| 08/30/2016 | 130 | Wells Fargo Bank NA | Combined dividend payments for Claim #3, 3 | | | 1,892.77 | 38,320.31 |
| | | | Claims Distribution - Mon, 07-25-2016 $1,889.54 | 4210-000 | | | 38,320.31 |
| | | | Claims Distribution - Mon, 07-25-2016 $3.23 | 7990-000 | | | 38,320.31 |
| 08/30/2016 | 131 | Richard M. Fogel | Combined dividend payments for Claim #FEE, TE | | | 6,829.73 | 31,490.58 |
| | | | Claims Distribution - Mon, 07-25-2016 $6,823.29 | 2100-000 | | | 31,490.58 |
| | | | Claims Distribution - Mon, 07-25-2016 $6.44 | 2200-000 | | | 31,490.58 |
| 08/30/2016 | 132 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services | Combined dividend payments for Claim #1, 1 | | | 3,259.20 | 28,231.38 |

{} Asset Reference(s)          **UST Form 101-7-TDR ( 10 /1/2010)**                                                                    *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:   9

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 10/13/2016 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******9900 Checking | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Mon, 07-25-2016 $3,253.64 | 7100-000 | | | 28,231.38 |
| | | | Claims Distribution - Mon, 07-25-2016 $5.56 | 7990-000 | | | 28,231.38 |
| 08/30/2016 | 133 | USAA Savings Bank C O WEINSTEIN & RILEY, PS | Combined dividend payments for Claim #2, 2 | | | 22,029.39 | 6,201.99 |
| | | | Claims Distribution - Mon, 07-25-2016 $21,991.84 | 7100-000 | | | 6,201.99 |
| | | | Claims Distribution - Mon, 07-25-2016 $37.55 | 7990-000 | | | 6,201.99 |
| 08/30/2016 | 134 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Value City) | Combined dividend payments for Claim #4, 4 | | | 1,365.47 | 4,836.52 |
| | | | Claims Distribution - Mon, 07-25-2016 $1,363.14 | 7100-000 | | | 4,836.52 |

Exhibit 9
Page:   10

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 10/13/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Mon, 07-25-2016 $2.33 | 7990-000 | | | 4,836.52 |
| 08/30/2016 | 135 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (JC Penney) | Combined dividend payments for Claim #5, 5 | | | 420.58 | 4,415.94 |
| | | | Claims Distribution - Mon, 07-25-2016 $419.86 | 7100-000 | | | 4,415.94 |
| | | | Claims Distribution - Mon, 07-25-2016 $0.72 | 7990-000 | | | 4,415.94 |
| 08/30/2016 | 136 | Portfolio Recovery Associates, LLC Successor to Synchrony Bank (Sams Club) | Combined dividend payments for Claim #6, 6 | | | 147.81 | 4,268.13 |
| | | | Claims Distribution - Mon, 07-25-2016 $147.56 | 7100-000 | | | 4,268.13 |
| | | | Claims Distribution - Mon, 07-25-2016 $0.25 | 7990-000 | | | 4,268.13 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**                                      *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page:   11

| | | |
|---|---|---|
| **Case No.:** | 15-36686 | |
| **Case Name:** | SINGLETON, DEBBIE L. | |
| **Taxpayer ID #:** | **-***5717 | |
| **For Period Ending:** | 10/13/2016 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******9900 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/2016 | 137 | SINGLETON, DEBBIE L. | 15-36686DEBBIE L SINGLETONSURPLUS$4,268.13100.00 % | 8200-002 | | 4,268.13 | 0.00 |
| | | | **COLUMN TOTALS** | | 83,926.69 | 83,926.69 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 83,926.69 | 83,926.69 | |
| | | | Less: Payments to Debtors | | | 12,460.96 | |
| | | | **NET Receipts / Disbursements** | | $83,926.69 | $71,465.73 | |

Exhibit 9
Page:   12

## Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-36686 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | SINGLETON, DEBBIE L. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5717 | **Account #:** | ******9900 Checking |
| **For Period Ending:** | 10/13/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9900 Checking | $83,926.69 | $71,465.73 | $0.00 |
| | **$83,926.69** | **$71,465.73** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**